JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX
Social Security Administration

ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No. 214624
    333 Market Street, Suite 1500
    San Francisco, CA 94105
    Telephone: (415) 977-8924
    Fax: (415) 744-0134
    E-Mail: Armand.Roth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LISA M. SAWYER,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 07-cv-05942-CRB<br><br>ORDER GRANTING<br>EXTENSION OF TIME<br>TO FILE DEFENDANT'S<br>CROSS-MOTION FOR<br>SUMMARY JUDGMENT |

Upon motion by Defendant Commissioner of the Social Security Administration.

IT IS HEREBY ORDERED that defendant shall have an additional 30 days, to and including June 9, 2008, within which to file a cross-motion for summary judgment.

DATED May 8, 2008

IT IS SO ORDERED
Judge Charles R. Breyer

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE