1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX
3  Social Security Administration

4
   ARMAND D. ROTH
5  Special Assistant United States Attorney
   California Bar No. 214624
6        333 Market Street, Suite 1500
         San Francisco, CA 94105
7        Telephone: (415) 977-8924
         Fax: (415) 744-0134
8        E-Mail: Armand.Roth@ssa.gov

9
   Attorneys for Defendant
10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

14
   LISA M. SAWYER,                    )
15                                    )
         Plaintiff,                   )   CIVIL NO. 07-cv-05942-CRB
16                                    )
         v.                           )   STIPULATION AND ORDER EXTENDING
17                                    )   TIME TO FILE THE CROSS-MOTION
   MICHAEL J. ASTRUE,                 )   FOR SUMMARY JUDGMENT
18 Commissioner of Social Security,   )
                                      )
19       Defendant.                   )
                                      )
20 _____)

21
   IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval
22
   of the Court, that Defendant shall have a 30-day extension of time up to and through July 9, 2008, in
23
   which to e-file his Cross Motion for Summary Judgment. This extension is requested because Defendant
24
   needs additional time to explore the possibility of settlement.
25

26
          Respectfully submitted,
27

28

```
                                    /s/ Gener D. Benitez *
                                    GENER D. BENITEZ
                                    United States Attorney
                                    * by telephone authorization of 6/5/08


                                    JOSEPH P. RUSSONIELLO
                                    United States Attorney
                                    LUCILLE GONZALES MEIS
                                    Regional Chief Counsel, Region IX

Dated: June 7, 2008        By:      /s/ Armand D. Roth
                                    ARMAND D. ROTH
                                    Special Assistant United States Attorney
```

PURSUANT TO THE STIPULATION, IT IS SO ORDERED

DATED __June 5, 2008__

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

