1
2
3
4
5
6
7
8

9                    UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 | LISA J. SAWYER,                                    Case No.: 3:07-cv-05942 CRB

13 |          Plaintiff,
                                                        **[AMENDED ~~PROPOSED~~] ORDER**
14 |     vs.                                            **AWARDING EAJA FEES AND COSTS**

15 | MICHAEL J. ASTRUE, Commissioner of
16 | Social Security,

17 |          Defendant.

18
19
20
21
22

23                                  **ORDER**

24    For good cause shown, IT IS HEREBY ORDERED THAT Plaintiff Lisa Sawyer be

25 awarded $4,300.00 in attorney's fees and costs pursuant to the Equal Access to Justice Act,

26
   28 U.S.C. § 2412, for legal services performed by counsel in this action.  The fees and costs will
27
28

1

1  be paid by the Defendant, and payable to Lisa Sawyer, c/o Crisostomo G. Ibarra of Ibarra
2  Professional Law Corporation, 150 Post Street, San Francisco, CA 94108.
3
4
5  Date:   September 5, 2008

   _____
   Judge Charles R. Breyer
   United States District Court Judge

2